1  ALEX G. TSE (CABN 152348)
   United States Attorney
2  THOMAS MOORE (ALBN 4305-O78T)
   Chief, Tax Division
3  COLIN SAMPSON (CABN 249784)
4  Assistant United States Attorney
       450 Golden Gate Avenue, Box 36055
5      San Francisco, CA 94102-3495
       Telephone: (415) 436-7020
6      Email: Colin.Sampson@usdoj.gov
7  *Attorneys for United States of America*

8  JEFFREY H. LOWENTHAL
   THOMAS J. LLOYD
9  Steyer Lowenthal Boodrookas Alvarez & Smith LLP
       One California Street, Third Floor
10     San Francisco, CA 94111
       Telephone: (415) 421-3400
11     Facsimile: (415) 421-2234
       TJLloyd@steyerlaw.com
12 *Attorneys for Plaintiffs*

13 KEITH MATTHEW VELLECA
   Keith M. Velleca Law Offices
14     One Market Street.
       Suite 3600
15     San Francisco, CA 94105
       (415) 293-8048
16     Email: Kmvatty@sbcglobal.net
   *Attorney for Defendant Karen Lum*

17
   ANDREW D. CASTRICONE
18 Gordon & Rees LLP
       Embarcadero Center West
19     275 Battery Street, Suite 2000
       San Francisco, CA 94111
20     415-986-5900
       Fax: 415-986-8054
21     Email: acastricone@gordonrees.com
   *Attorney for Defendant Legal Solutions Corporation*

STIPULATION RE: LIEN PRIORITY

1

1664994.1 - NATC.SAXE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND

| | |
|---|---|
| GERALD ORNSTEIN, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> GIBSON T. CANITES, ET AL., <br><br> Defendants. | No. 4:18-cv-01616-PJH <br><br> <u>STIPULATION AND REQUEST FOR ORDER REGARDING LIEN PRIORITY</u> AND ORDER |

Plaintiffs, Gerald Ornstein; John P. Hunter; IRA Services Trust Company CFBO Joan Faye Cantrock IRA; Norman C. Schultz, Trustee of The Norman C. Schultz Trust under Declaration of Trust dated 8/30/2012; Richard Gonerko and Diana Ferrari, Trustees of the Exempt Trust Share for Richard Gonerko created under the Marie Eugenia Zonn Trust Agreement dated October 9, 1990 FBO Richard Gonerko; J. Robert Taylor and Donna C. Taylor, Trustees of 2005 Taylor Family Trust; Eva Hindahl, trustee of The Eva Hindahl, Separate Property Living Trust Dated 06/30/2014; Robert J. Accinelli, trustee of the Robert John Accinelli Inter Vivos Trust UA 06/15/1994; Gerald C. Vanoli and Lorraine A. Vanoli; Theodore J. Gradman Ph. D. 401K Plan (collectively, "Plaintiffs"), Defendant, The United States of America ("Untied States"), Defendant, Karen Lum ("Lum"), and Defendant, Legal Solutions Corporation ("LSC"), by and through their respective attorneys, hereby stipulate and agree as follows:

**THE SUBJECT PROPERTY**

The real property which is the subject of this action is located at 448 15th Avenue, San Francisco, California 94118 ("Subject Property"), APN: Block 1530, Lot 020, and which is legally described in Exhibit A attached hereto and incorporated herein by reference.

**CLAIMS OF PLAINTIFFS**

Plaintiffs are the beneficiaries of a Deed of Trust executed by trustors Gibson T. Canites, Rose Liang-Canites, and Aaren Canites (collectively, the "Canites Defendants"), which was recorded against

STIPULATION RE: LIEN PRIORITY

2

1664994.1 - NATC.SAXE

the Subject Property on May 19, 2016 in the Official Records of the San Francisco Assessor-Recorder as Document No. 2016-K246357-00 and which was given to secure a loan in the principal balance of $1,600,000. The proceeds of Plaintiffs' $1,600,000 loan were, among other things, used to pay off existing senior deeds of trust held by creditors Long Beach Mortgage Company, Sequoia Funding Mortgage Capital, Inc., Karen Lum, and Gary Bolden, as well as property tax and other assessments against the Subject Property.

## CLAIMS OF DEFENDANT LEGAL SOLUTIONS CORPORATION

On May 25, 2010, LSC recorded an abstract of judgment against Rose Liang-Canites and Gibson T. Canites in the amount of $65,996.05 in the Official Records of the San Francisco Assessor-Recorder as Document No. 2010-I973745-00. On February 11, 2016, LSC recorded an amended judgment lien in the amount of $98,371.17 in the Official Records of the San Francisco Assessor-Recorder as Document No. 2016-K200115-00

## CLAIMS OF DEFENDANT KAREN LUM

Karen Lum is the beneficiary three junior deeds of trust recorded against the Subject Property to secure loans made by her to trustor Aaren R. Canites: the first in the principal amount of $180,000 recorded on May 27, 2016, in the Official Records of the San Francisco Assessor-Recorder as Document No. 2016-K251436-00; the second in the principal amount of $112,000 recorded on April 12, 2017, in the Official Records of the San Francisco Assessor-Recorder as Document No. 2017-K432127-00; the third in the principal amount of $52,000 recorded on May 16, 2017, in the Official Records of the San Francisco Assessor-Recorder as Document No. 2017-K450799-00. Lum was also the beneficiary of a deed of trust secured against the Subject Property recorded on June 25, 2015 in the Official Records of the San Francisco Assessor-Recorder as Document No. 2015-K082494-00, which was paid off from the proceeds of Plaintiff's loan and was reconveyed.

## CLAIMS OF DEFENDANT THE UNITED STATES

On the following dates, duly authorized delegates of the Secretary of the Treasury made assessments against Gibson T. Canites, for unpaid federal income taxes for the tax years 2004, 2009, 2010, 2011, 2012, 2014, 2015, 2016, and 2017, creating federal tax liens:

| Tax Year | Assessment Date | Accrued Balance Through June 30, 2018 | Date Notice of Tax Lien Recorded |
|---|---|---|---|
| 2004 | 06/23/2008 | $ 3,003.26 | 02/06/2009 (San Francisco County) |
| 2009 | 01/14/2013 | $ 7,811.75 | 10/02/2013 (San Francisco County) |
| 2010 | 08/26/2013 | $ 46,161.09 | 12/08/2015 (San Francisco County) |
| 2011 | 06/03/2013 | $ 66,758.73 | 10/02/2013 (San Francisco County) |
| 2012 | 07/29/2013 | $ 61,576.52 | 12/08/2015 (San Francisco County) |

The federal tax liens attach to the Subject Property.

## STIPULATIONS

Wherefore, Plaintiffs, the IRS, LSC, and Karen Lum, hereby stipulate and agree to the following schedule of priority, which corresponds to the above-listed stipulations:

| Priority | Lienholder | Date of Lien | Accrued Balance |
|---|---|---|---|
| 1 | Plaintiffs | 10/18/2002 | $409,708.76 (plus interest from 05/19/2016) |
| 2 | IRS | 2/6/2009 (for 2004) | $3,003.26 (plus interest from 06/30/2018) |
| 3 | LSC | 5/25/2010 | $98,371.17 (plus interest from 02/11/2016) |
| 4 | IRS | 10/02/2013 (for 2009; 2011) | $74,570.48 (plus interest from 06/30/2018) |
| 5 | Plaintiffs | 11/21/2014 | $609,413.80 (plus interest from 05/19/2016) |
| 6 | Plaintiffs | 6/25/2015 | $111,309.59 (plus interest from 05/19/2016) |
| 7 | IRS | 12/8/2015 (for 2010; 2012) | $107,740.61 (plus interest from 06/30/2018) |
| 8 | Plaintiffs | 1/11/2016 | $215,000 (plus interest from 05/19/2016) |
| 9 | Plaintiffs | 5/19/2016 | $254,567.85 (plus interest from 05/19/2016) |
| 10 | Karen Lum | 5/27/2016 | $180,000 (plus interest from 05/27/2016) |
| 11 | Karen Lum | 04/02/2017 | $112,000 (plus interest from 04/02/2017) |
| 12 | Karen Lum | 5/16/2017 | $52,000 (plus interest from 05/16/2017) |

Defendants IRS, LSC, and Karen Lum do not oppose judicial foreclosure or a stipulated private

STIPULATION RE: LIEN PRIORITY

4

1664994.1 - NATC.SAXE

sale of the Subject Property, upon conditions agreed to by defendants, should Plaintiff prevail in this action. However, any proceeds from the sale of the Subject Property, as among Plaintiffs and defendants IRS, LSC, and Karen Lum will be used to pay off the liens, together with interest as described in the chart above, until such funds are exhausted. Prior to filing an application for final order of the Court, Plaintiffs agree to provide an accounting to the parties to this Stipulation setting forth the full disposition of the proceeds from the sale of the Subject Property.

The parties to this Stipulation agree to bear their own costs and attorney's fees, excepting the costs incurred in selling the Subject Property, which are to be reimbursed from the proceeds of the sale of the Subject Property prior to satisfying the outstanding liens on the property.

Upon execution of this Stipulation by both parties and entry of the Order by the Court, the IRS, LSC, and Karen Lum shall not be required to appear at future hearings in this litigation and shall be treated as a non-party for all purposes including discovery purposes, unless another party disputes priority or upon order of the Court. The parties so agree and request an Order confirming the foregoing.

Respectfully submitted,

ALEX G. TSE
United States Attorney

Dated: Sept. 18, 2018

COLIN SAMPSON
Assistant United States Attorney
Tax Division

*Attorneys for the United States of America*

Dated: 9-19-18

THOMAS J. LLOYD
Steyer Lowenthal Boodrookas Alvarez & Smith LLP

*Attorney for Plaintiffs*

Dated: _____

_____
ANDREW D. CASTRICONE
Gordon & Rees, LLP

*Attorney for Defendant Legal Solutions Corp.*

Dated: 9-17-18

_____
KEITH MATTHEW VELLECA
Law Offices of Keith M. Velleca

*Attorney for Defendant Karen Lum*

IT IS SO ORDERED:

_____
PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

STIPULATION RE: LIEN PRIORITY
1664994.1 - NATC.SAXE

6

Dated: September 19, 2018.

_____
ANDREW D. CASTRICONE
Gordon & Rees, LLP

*Attorney for Defendant Legal Solutions Corp.*

Dated: _____.

_____
KEITH MATTHEW VELLECA
Law Offices of Keith M. Velleca

*Attorney for Defendant Karen Lum*

IT IS SO ORDERED:

Dated: September 21, 2018

_____
PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

STIPULATION RE: LIEN PRIORITY

6

1664994.1 - NATC.SAXE