UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GERALD ORNSTEIN, et al.,

Plaintiffs,

v.

GIBSON T. CANITES, et al.,

Defendants.

Case No. 18-cv-01616-PJH

**ORDER RE MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION**

Re: Dkt. No. 64

The court is in receipt of defendants' motion for leave to file a motion for reconsideration or a renewed motion to set aside default. Having reviewed the submitted materials, the court finds that defendants have not satisfied the requirements of L.R. 7-9. Accordingly, the court DENIES defendants' motion for leave to file a motion for reconsideration.

However, in view of defendants obtaining new counsel and based upon the information and reasons expressed in defendants' filing, the court finds good cause to GRANT defendants' leave to file a renewed motion to set aside default. That motion shall be filed by December 31, 2018.

In light of the above, the January 9, 2019 deadline for plaintiffs to file their motion for default judgment is VACATED. That deadline will be reset if the court denies defendants' renewed motion.

**IT IS SO ORDERED.**

Dated: December 13, 2018

_____
PHYLLIS J. HAMILTON
United States District Judge